Patrick J. Reilly, Esq.
Nevada Bar No. 6103
Sydney R. Gambee, Esq.
Nevada Bar No. 14201
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Tel: (702) 669-4600
Fax: (702) 669-4650
preilly@hollandhart.com
srgambee@hollandhart.com

Jeffrey T. Kucera (*pro hac vice* application forthcoming)
K&L GATES LLP
200 South Biscayne Boulevard
Miami, Florida 33131
Tel: (305) 539-3322
jeffrey.kucera@klgates.com

Stavroula E. Lambrakopoulos (*pro hac vice* application forthcoming)
Theodore L. Kornobis (*pro hac vice* application forthcoming)
K&L GATES LLP
1601 K Street, NW
Washington, D.C. 20006
Tel: (202) 778-9000
stavroula.lambrakopoulos@klgates.com
ted.kornobis@klgates.com

*Attorneys for Ray Gonzalez*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| N5HYG, LLC and NEVADA 5, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HYGEA HOLDINGS CORP.; MANUEL IGLESIAS; EDWARD MOFFLY; DANIEL T. MCGOWAN; FRANK KELLY; MARTHA MAIRENA CASTILLO; LACY LOAR; RICHARD WILLIAMS, ESQ.; GLENN MARICHI, M.D.; KEITH COLLINS, M.D.; JACK MANN, M.D.; the ESTATE OF HOWARD SUSSMAN, M.D.; JOSEPH CAMPANELLA; CARL ROSENCRANTZ; and RAY GONZALEZ; DOES 1-X; and ROES 1-X, <br><br> Defendants. | Case No. : 2:17-cv-02870-JCM-PAL <br><br><br> **STIPULATION AND ORDER EXTENDING DEADLINE TO RESPOND TO COMPLAINT** <br><br> **(First Request in this Court)** |

10431078_2

HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

## STIPULATION

Plaintiffs N5HYG, LLC and Nevada 5, Inc. (collectively "Plaintiffs") and Defendants Hygea Holdings Corp., Manuel Iglesias, Edward Moffly, Daniel T. McGowan, Frank Kelly, Martha Mairena Castillo, Lacy Loar, Richard Williams, Glenn Marichi, Keith Collins, Jack Mann, Joseph Campanella, Carl Rosencrantz, and Ray Gonzalez (collectively the "Stipulating Defendants") hereby stipulate and agree as follows:

1. Plaintiffs commenced this action in the Eighth Judicial District Court for the State of Nevada on October 5, 2017.

2. Defendant Ray Gonzalez filed a Notice of Removal in this federal court on November 15, 2017. Plaintiffs reserve the right to contend that such removal was improper.

3. Except as set forth in Paragraph 5 of this Stipulation, pursuant to Fed. R. Civ. P. 81(c)(2)(C), the deadline for the Stipulating Defendants to answer or otherwise respond to the Complaint is November 22, 2017. In addition to the matters addressed in Paragraph 5, Plaintiffs also reserve the right to contend that the removal in this case was improper and that therefore, in the absence of this Stipulation, Fed. R. Civ. P. 81(c)(2)(C) would not apply.

4. Except as provided in and subject to Paragraph 5, all Stipulating Defendants shall have up to and including December 4, 2017, in which to answer or otherwise respond to the Complaint on file herein.

5. Plaintiffs' position is that Hygea Holdings Corp. ("Hygea") is and remains in default, and is therefore barred from filing papers in its defense in this case unless and until the default is set aside. Hygea disputes this position. However, without prejudice to such positions, to any argument that Hygea is in default in either state or federal court, or to any argument that any answer or response filed by Hygea should be stricken, Hygea will not be deemed to be in default by virtue of filing an answer or other response in this court by December 4, 2017 as opposed to within seven days of removal; and Hygea's filing of such an answer or response by December 4, 2017, as opposed to within seven days of removal shall not prejudice any argument by either side regarding whether or not Hygea is or remains in default or to whether such answer or response should be stricken.

10431078_2

6.     This Stipulation also is for scheduling purposes only.  The parties' execution of this stipulation is without prejudice to any argument that this Court lacks jurisdiction over this matter or that the Court should remand this case.  In the event the Court determines that it otherwise lacks jurisdiction, such execution of this stipulation shall not otherwise confer this Court with jurisdiction, and such execution of this stipulation shall not prejudice any argument that removal was improper.

7.     This Stipulation also is for scheduling purposes only.  Certain of the Stipulating Defendants may move for dismissal based on lack of personal jurisdiction or other grounds.  Accordingly, this Stipulation should not be construed as a waiver to seek such a dismissal before this Court.

8.     This is the first extension of time requested by the parties in this Court.  This Stipulation is made in good faith and not in an attempt to delay proceedings.

DATED this 22nd day of November, 2017.

DATED this 22nd day of November, 2017.

_____/s/ G. Mark Albright_____
G. Mark Albright, Esq.
D. Chris Albright, Esq.
ALBRIGHT, STODDARD, WARNICK & ALBRIGHT
801 South Rancho Drive, Ste D-4
Las Vegas, Nevada 89106
Tel: 702-384-7111
Fax: 702-384-0605
Email:  gma@albrightstoddard.com
          dca@albrightstoddard.com

E. Powell Miller, Esq. (*pro hac vice* application forthcoming)
Christopher D. Kaye, Esq. (*pro hac vice* application forthcoming)
The Miller Law Firm, P.C.
950 West University Drive, Ste 300
Rochester, MI 48307
Tel: 248-595-3332
Email:  cpm@millerlawpc.com
          cdk@millerlawpc.com

*Attorneys for Plaintiffs*

_____/s/ Patrick J. Reilly_____
Patrick J. Reilly, Esq.
Sydney R. Gambee, Esq.
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

Jeffrey T. Kucera (*pro hac vice* application forthcoming)
K&L GATES LLP
200 South Biscayne Boulevard
Miami, Florida 33131
Tel: (305) 539-3322
jeffrey.kucera@klgates.com

Stavroula E. Lambrakopoulos (*pro hac vice* application forthcoming)
Theodore L. Kornobis (*pro hac vice* application forthcoming)
K&L GATES LLP
1601 K Street, NW
Washington, D.C. 20006
Tel:  (202) 778-9000
stavroula.lambrakopoulos@klgates.com
ted.kornobis@klgates.com

*Attorneys for Ray Gonzalez*

10431078_2

DATED this 22nd day of November, 2017.


_____/s/ Donald L. Prunty_____
Donald L. Prunty, Esq.
Nevada Bar No. 8230
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, #400N
Las Vegas, Nevada 89169
Tel: 702-792-3773
Fax: 702-792-9002
Email:  pruntyd@gtlaw.com

*Attorneys for Defendants Hygea Holdings Corp.,*
*Manuel Iglesias, Edward Moffly, Daniel T. McGowan,*
*Frank Kelly, Martha Mairena Castillo, Lacy Loar,*
*Richard Williams, Glenn Marichi, Keith Collins,*
*Jack Mann, Joseph Campanella, and Carl Rosencrantz*

<u>**ORDER**</u>

IT IS SO ORDERED.


_____
UNITED STATES MAGISTRATE JUDGE

Dated: _____November 28, 2017_____

10431078_2