Greenberg Traurig, LLP
3773 Howard Hughes Parkway - Suite 400 North
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

MARK G. TRATOS, ESQ.
Nevada Bar No. 1086
DONALD L. PRUNTY, ESQ.
Nevada Bar No. 8230
GREENBERG TRAURIG, LLP
3773 Howard Hughes Pkwy., Suite 400N
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email:  tratosm@gtlaw.com;
    pruntyd@gtlaw.com

*Counsel for Defendants*
*Hygea Holdings Corp., Manuel Iglesias,*
*Edward Moffly, Daniel T. McGowan,*
*Frank Kelly, Martha Mairena Castillo,*
*Lacy Loar, Richard Williams,*
*Glenn Marrichi, Keith Collins,*
*Jack Mann, Joseph Campanella,*
*and Carl Rosenkrantz*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| N5HYG, LLC and NEVADA 5, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HYGEA HOLDINGS CORP.; MANUEL IGLESIAS; EDWARD MOFFLY; DANIEL T. MCGOWAN; FRANK KELLY; MARTHA MAIRENA CASTILLO; LACY LOAR; RICHARD WILLIAMS, ESQ.; GLENN MARICHI, M.D.; KEITH COLLINS, M.D.; JACK MANN, M.D.; the ESTATE OF HOWARD SUSSMAN, M.D.; JOSEPH CAMPANELLA; CARL ROSENCRANTZ; and RAY GONZALEZ; DOES 1-X; and ROES 1-X, <br><br> Defendants. | Case No. :  2:17-cv-02870-JCM-PAL <br><br> **STIPULATION AND ORDER EXTENDING DEADLINE TO RESPOND TO PLAINTIFFS' RESPONSE TO MOTION TO DISMISS CERTAIN DEFENDANTS AND CLAIMS PURSUANT TO RULES 12(b)(2) and 12(b)(6)** <br><br> **(First Request)** |

1. Stipulating Defendants Motion to Dismiss Certain Defendants and Claims Pursuant to Rules 12(b)(2) and 12(b)(6) was filed on December 4, 2017 (Dkt. No. 11) and Plaintiffs Response to Stipulating Defendants Motion to Dismiss Certain Defendants and Claims Pursuant to Rules 12(b)(2) and 12(b)(6) was filed on December 18, 2017 (Dkt. No. 31). Stipulating Defendants Reply is due December 26, 2017.

Page 1 of 2

Greenberg Traurig, LLP
3773 Howard Hughes Parkway - Suite 400 North
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

2. Due to conflicts in counsels' schedules, Plaintiffs N5HYG, LLC and Nevada 5, Inc. (collectively "Plaintiffs") and Defendants Hygea Holdings Corp. ("Hygea"), Manuel Iglesias, Edward Moffly, Daniel T. McGowan, Frank Kelly, Martha Mairena Castillo, Lacy Loar, Richard Williams, Glenn Marichi, Keith Collins, Jack Mann, Joseph Campanella and Carl Rosencrantz (collectively the "Stipulating Defendants") hereby stipulate and agree as follows:

3. All Stipulating Defendants shall have up to and including January 3, 2018, in which to respond to Plaintiffs' Response to Motion to Dismiss Certain Defendants and Claims Pursuant to Rules 12(b)(2) and 12(b)(6).

4. Plaintiffs shall have until January 16, 2018 to file a sur-reply if Plaintiffs deem it appropriate.

5. This is the first extension of time requested by the parties. This Stipulation is made in good faith and not in an attempt to delay proceedings, and is made without prejudice to any parties' arguments regarding default or removal.

| DATED this 21st day of December, 2017. | DATED this 21st day of December, 2017. |
|---|---|
| /s/G. Mark Albright<br>G. MARK ALBRIGHT, ESQ.<br>D. CHRIS ALBRIGHT, ESQ.<br>ALBRIGHT, STODDARD, WARNICK & ALBRIGHT<br>801 South Rancho Drive, Suite D-4<br>Las Vegas, Nevada 89106<br><br>E. Powell Miller, Esq.<br>Christopher D. Kaye, Esq.<br>The Miller Law Firm, P.C.<br>950 West University Drive, Suite 300<br>Rochester, MI 48307<br>*Attorneys for Plaintiffs* | /s/Donald L. Prunty<br>MARK G. TRATOS, ESQ. (NV Bar No. 1086)<br>DONALD L. PRUNTY, ESQ. (NV Bar No. 8230)<br>GREENBERG TRAURIG, LLP<br>3773 Howard Hughes Pkwy., Suite 400N<br>Las Vegas, Nevada 89169<br><br>*Counsel for Defendants*<br>*Hygea Holdings Corp., Manuel Iglesias, Edward Moffly, Daniel T. McGowan, Frank Kelly, Martha Mairena Castillo, Lacy Loar, Richard Williams, Glenn Marrichi, Keith Collins, Jack Mann, Joseph Campanella, and Carl Rosenkrantz* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: December 22, 2017