G. MARK ALBRIGHT, ESQ.
Nevada Bar 001394
D. CHRIS ALBRIGHT, ESQ.
Nevada Bar No. 004904
**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
Tel: (702) 384-7111
Fax: (702) 384-0605
gma@albrightstoddard.com
dca@albrightstoddard.com

E. POWELL MILLER, ESQ. (admitted pro hac vice)
CHRISTOPHER D. KAYE, ESQ. (admitted pro hac vice)
RICHARD L. MERPI, ESQ. (admitted pro hac vice)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Suite 300
Rochester, Michigan 48307
Tel: (248) 841-2200
epm@millerlawpc.com
cdk@millerlawpc.com
rlm@millerlawpc.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| N5HYG, LLC, and NEVADA 5, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> HYGEA HOLDINGS CORP.; MANUEL IGLESIAS; EDWARD MOFFLY; DANIEL T. MCGOWAN; FRANK KELLY; MARTHA MAIRENA CASTILLO; LACY LOAR; RICHARD WILLIAMS, ESQ.; GLENN MARICHI, M.D.; KEITH COLLINS, M.D.; JACK MANN, M.D.; THE ESTATE OF HOWARD SUSSMAN, M.D.; JOSEPH CAMPANELLA; CARL ROSENCRANTZ; and RAY GONZALEZ; DOES I-X; and ROES I-X, inclusive, <br><br> Defendants. | CASE NO.: 2:17-CV-02870-JCM-PAL <br><br> **[PROPOSED] ORDER GRANTING MOTION TO EXTEND TIME FOR SERVICE OF COMPLAINT AND TO ISSUE NEW SUMMONS FOR DEFENDANT THE ESTATE OF HOWARD SUSSMAN, MD.** |

Upon consideration of Plaintiffs' Motion to Extend Time for Service of Complaint and to issue New Summons for Defendant The Estate of Howard Sussman, M.D. [Doc. 51], although a Sumons was issued to The Estate of Howard Sussman, M.D. in the Eighth Judicial District Court for the State of Nevada, in and for the County of Clark, as Case N. A-17-762664-B (the "District Court Case"), Plaintiffs have been unable to serve The Estate of Howard Sussman, M.D., as no executor or personal representative of an estate has been appointed since Dr. Sussman passed away on May 1, 2017. Accordingly, the Estate of Howard Sussman, MD. has not been served as of the present date. Based on the foregoing,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the time to serve Defendant The Estate of Howard Sussman, M.D., is hereby extended 120 days from the date of entry of this Order.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Clerk of the Court shall issue a Summons to The Estate of Howard Sussman, M.D., that shall remain valid for 120 days from issuance.

DATED this __9th__ day of February, 2018.

_____
PEGGY LEEN
United States Magistrate Judge

Submitted by:

**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**

_____
G. MARK ALBRIGHT, ESQ.
Nevada Bar No. 001394
D. CHRIS ALBRIGHT, ESQ.
Nevada Bar No. 004904
801 S. Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
Tel: (702) 384-7111

-2-

1

2  E. POWELL MILLER, ESQ.*
   CHRISTOPHER D. KAYE, ESQ.*
3  RICHARD L. MERPI, ESQ.*
   THE MILLER LAW FIRM, P.C.
4  950 W. University Dr., Ste. 300
   Rochester, MI 48307
5

6  *admitted pro hac vice

7  *Attorneys for Plaintiffs*

8

9

10

11                         **CERTIFICATE OF SERVICE**

12        I hereby certify that I am an employee of ALBRIGHT, STODDARD, WARNICK & ALBRIGHT,

13  and that on the ___7___ day of February, 2018, I served a true and correct copy of the foregoing

14  **[PROPOSED] ORDER GRANTING MOTION TO EXTEND TIME FOR SERVICE**

15  **OF COMPLAINT AND TO ISSUE NEW SUMMONS FOR DEFENDANT THE**

16  **ESTATE OF HOW3ARD SUSSMAN, MD** upon all counsel of record by electronically serving

17  the document using the Court's electronic filing system.

18                                          /s/ Barbara Clark
19                                          An employee of Albright, Stoddard, Warnick & Albright

20

21

22

23

24

25

26

27

28

-3-