Joel E. Tasca, Esq.
Nevada Bar No. 14124
Maria A. Gall, Esq.
Nevada Bar No. 14200
Kyle E. Ewing, Esq.
Nevada Bar No. 14051
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
gallm@ballardspahr.com
ewingk@ballardspahr.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| N5HYG, LLC and NEVADA 5, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HYGEA HOLDINGS CORP., MANUEL IGELSIAS; EDWARD MOFFLY; DANIEL T. MCGOWAN; FRANK KELLY; MARTHA MAIRENA CASTILLO; LACY LOAR; RICHARD WILLIAMS, ESQ.; GLENN MARICHI, M.D.; KEITH COLLINS, M.D.; JACK MANN, M.D.; the ESTATE OF HOWARD SUSSMAN, M.D.; JOSEPH CAMPANELLA; CARL ROSENCRANTZ; and RAY GONZALEZ; DOES 1-X; AND ROES 1-X, <br><br> Defendants. | Case No. 2:17-cv-02870-JCM-PAL <br><br> **STIPULATION AND ORDER TO RESET STATUS CONFERENCE** <br><br> (First Request) |

This Stipulation and Order relates to the status conference that is scheduled for April 3, 2018 at 10:45 a.m. pursuant to the Court's Minutes of Proceedings (ECF No. 62). Plaintiffs N5HYG, LLC and Nevada 5, Inc. and Defendants Hygea Holdings Corp., Manuel Iglesias, Edward Moffly, Daniel T. McGowan, Frank Kelly, Martha Mairena Castillo, Lacy Loar, Glenn Marichi, Keith Collins, Jack Mann, Joseph

Campanella, Carl Rosenkrantz, Richard Williams, and Ray Gonzalez, by and through their undersigned counsel, hereby request that the Court reschedule the April 3, 2018 status conference to April 11, 2018. The parties make this first request in good faith, to accommodate the schedule of to-be-substituted in counsel for Hygea Holdings Corp., et al. as noted in footnote 1, and not for purposes of delay.

Dated: March 27, 2018

| GREENBERG TRAURIG, LLP | BALLARD SPAHR LLP |
|---|---|
| By:/s/ Donald L. Prunty<br>Mark G. Tratos, Esq.<br>Nevada Bar No. 1086<br>Donald L. Prunty, Esq.<br>Nevada Bar No. 6890<br>3773 Howard Hughes Parkway<br>Suite 400N<br>Las Vegas, Nevada 89169 | By:/s/ Maria A. Gall<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Maria A. Gall, Esq.<br>Nevada Bar No. 14200<br>Kyle A. Ewing, Esq.<br>Nevada Bar No. 14051<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 |
| Counsel of Record for Defendants Hygea Holdings Corp., Manuel Iglesias, Edward Moffly, Daniel T. McGowan, Frank Kelly, Martha Mairena Castillo, Lacy Loar, Glenn Marichi, Keith Collins, Jack Mann, Joseph Campanella, Carl Rosenkrantz, and Richard Williams | Counsel for Defendants Hygea Holdings Corp., Manuel Iglesias, Edward Moffly, Daniel T. McGowan, Frank Kelly, Martha Mairena Castillo, Lacy Loar, Glenn Marichi, Keith Collins, Jack Mann, Joseph Campanella, and Carl Rosenkrantz[1] |

---

[1] The law firm of Ballard Spahr LLP is in the process of formally substituting in as counsel for Defendants Hygea Holdings Corp., Manuel Iglesias, Edward Moffly, Daniel T. McGowan, Frank Kelly, Martha Mairena Castillo, Lacy Loar, Glenn Marichi, Keith Collins, Jack Mann, Joseph Campanella, and Carl Rosenkrantz and anticipates that it will participate on behalf of the foregoing Defendants at the status conference. The law firm of Greenberg Traurig, LLP is in the process of formally substituting out as counsel for the foregoing Defendants. In addition, the law firm of Greenberg Traurig, LLP is in the process of withdrawing as counsel for Defendant Richard Williams who has represented to counsel that he will be appearing in this action pro per.

| | |
|---|---|
| HOLLAND & HART LLP | ALBRIGHT, STODDARD, WARNICK & ALBRIGHT |
| By: /s/ Patrick J. Reilly | By: /s/ G. Mark Albright |
| Patrick J. Reilly, Esq.<br>Nevada Bar No. 6103<br>Sydney R. Gambee, Esq.<br>Nevada Bar No. 14201<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, Nevada 89134 | G. Mark Albright, Esq.<br>Nevada Bar No. 1394<br>D. Chris Albright, Esq.<br>Nevada Bar No. 4904<br>801 South Rancho Drive, Suite D-4<br>Las Vegas, Nevada 89106 |
| Jeffrey T. Kucera, Esq.<br>(admitted pro hac vice)<br>K&L GATES LLP<br>200 South Biscayne Boulevard<br>Miami, Florida 33131 | E. Powell Miller, Esq.<br>(admitted pro hac vice)<br>Christopher D. Kaye, Esq.<br>(admitted pro hac vice)<br>Richard L. Merpi II, Esq.<br>(admitted pro hac vice)<br>THE MILLER LAW FIRM, P.C.<br>950 W. University Dr., Ste. 300<br>Rochester, Michigan 48307 |
| Stavroula E. Lambrakopoulos, Esq.<br>(admitted pro hac vice)<br>Theodore L. Kornobis, Esq.<br>(admitted pro hac vice)<br>K&L GATES LLP<br>1601 K Street, N.W.<br>Washington, D.C. 20006-1600 | |
| Counsel of Record for Defendant Ray Gonzalez | Counsel of Record for Plaintiffs N5HYG, LLC and Nevada 5, Inc. |

## ORDER

**IT IS SO ORDERED.** The Further Status/Scheduling Conference scheduled for April 3, 2018, at 10:45 a.m. in LV Courtroom 3B before Magistrate Judge Peggy A. Leen is rescheduled to the 10th day of April, 2018, at 9:00 a.m.

U.S. MAGISTRATE JUDGE

Dated: March 30, 2018