UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| N5HYG, LLC, et al.,<br><br>　　　　　　　Plaintiffs,<br>v.<br>HYGEA HOLDINGS CORP., et al.<br>　　　　　　　Defendants. | Case No. 2:17-cv-02870-JCM-PAL<br><br>ORDER<br><br>(Mot WD Atty – ECF No. 65) |

This matter is before the court on Greenberg Traurig LLP's Motion to Withdraw as Counsel for Defendant Richard Williams (ECF No. 65) and Errata (ECF No. 68). The motion represents that Mr. Williams advised Greenberg Traurig that he wished to represent himself. As he has not formalized the request by executing a substitution of counsel or otherwise, Greenberg Traurig has filed the instant motion and seek to withdraw as counsel for defendant Richard Williams.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1. Greenberg Traurig, LLP's Motion to Withdraw (ECF No. 65) is **GRANTED**.
2. Defendant Richard Williams shall have until **May 24, 2018** in which to retain substitute counsel who shall make an appearance in accordance with the requirements of the Local Rules of Practice, or shall file a notice with the court that he will be appearing in this matter *pro se,* that is, representing himself.
3. Defendant Richard Williams' failure to timely comply with this order by either obtaining substitute counsel, or filing a notice that he will be appearing in this matter *pro se* may result in the imposition of sanctions, which may include a recommendation of case dispositive sanctions to the District Judge.

4. The Clerk of the Court shall serve the defendant Richard Williams with a copy of this order at his last known address:

Richard Williams
8110 SW 78th Street
Miami FL  33143
(786) 405-3312
RLWilliams.law@gmail.com

DATED this 24th day of April, 2018.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE