UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| N5HYG, LLC, et al., <br><br> Plaintiffs, <br> v. <br> HYGEA HOLDINGS CORP., et al., <br><br> Defendant. | Case No. 2:17-cv-02870-JCM-PAL <br><br> ORDER <br><br> (Subst Atty – ECF No. 66) |

This matter is before the court on the Substitution of Attorneys (ECF No. 66). Joel E. Tasca, Maria A. Gall, and Kyle E. Ewing of Ballard Spahr LLP seek leave to be substituted in the place of Mark G. Tratos and Donald L. Prunty of Greenberg Traurig, LLP for defendants Hygea Holdings Corp., Manuel Iglesias, Edward Moffly, Daniel T. McGowan, Frank Kelly, Martha Mairena Castillo, Lacy Loar, Glenn Marichi, Keith Collins, Jack Mann, Joseph Campanella, and Carl Rosencrantz. LR IA 11-6(c) provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 11-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. The Substitution of Attorney (ECF No. 66) is **GRANTED**.
2. Joel E. Tasca, Maria A. Gall, and Kyle E. Ewing of Ballard Spahr LLP is substituted in the place of Mark G. Tratos and Donald L. Prunty of Greenberg Traurig, LLP for defendants Hygea Holdings Corp., Manuel Iglesias, Edward Moffly, Daniel T. McGowan, Frank Kelly, Martha Mairena Castillo, Lacy Loar, Glenn Marichi, Keith

Collins, Jack Mann, Joseph Campanella, and Carl Rosencrantz, subject to the provisions of LR IA 11-6(c) and (d).

DATED this 24th day of April, 2018.

                                                      PEGGY A. LEEN
                                                    UNITED STATES MAGISTRATE JUDGE