Joel E. Tasca, Esq.
Nevada Bar No. 14124
Maria A. Gall, Esq.
Nevada Bar No. 14200
Kyle E. Ewing, Esq.
Nevada Bar No. 14051
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
gallm@ballardspahr.com
ewingk@ballardspahr.com

*Attorneys for Defendants Hygea Holdings Corp., Manuel Iglesias, Edward Moffly, Daniel T. McGowan, Frank Kelly, Martha Mairena Castillo, Lacy Loar, Glenn Marichi, Keith Collins, Jack Mann, Joseph Campanella, and Carl Rosenkrantz*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| N5HYG, LLC and NEVADA 5, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HYGEA HOLDINGS CORP., MANUEL IGELSIAS; EDWARD MOFFLY; DANIEL T. MCGOWAN; FRANK KELLY; MARTHA MAIRENA CASTILLO; LACY LOAR; RICHARD WILLIAMS, ESQ.; GLENN MARICHI, M.D.; KEITH COLLINS, M.D.; JACK MANN, M.D.; the ESTATE OF HOWARD SUSSMAN, M.D.; JOSEPH CAMPANELLA; CARL ROSENCRANTZ; and RAY GONZALEZ; DOES 1-X; AND ROES 1-X, <br><br> Defendants. | Case No. 2:17-cv-02870-JCM-PAL <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY** <br><br> (First Request) |

This Stipulation and Order relates to the briefing schedule for Plaintiffs N5HYG, LLC's and Nevada 5, Inc.'s Motion for Leave to File Notice of Supplemental

Authority. ECF No. 74. Plaintiffs N5HYG, LLC and Nevada 5, Inc. and Defendants Hygea Holdings Corp., Manuel Iglesias, Edward Moffly, Daniel T. McGowan, Frank Kelly, Martha Mairena Castillo, Lacy Loar, Glenn Marrichi, Keith Collins, Jack Mann, Joseph Campanella, Carl Rosenkrantz, Richard L. Williams, and Ray Gonzalez (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree that the deadline for Defendants' Responses[1] to Plaintiffs' Motion for Leave to File Notice of Supplemental Authority be extended ("Defendants' Responses"). The Parties agree that Defendants' Responses are currently due on May 29, 2018. The Parties further stipulate and agree that deadline for Defendants' Responses be extended three (3) days to June 1, 2018.

This is the Parties' first request to extend the deadline for Defendants Responses, and the Parties make this request in good faith and not for purposes of delay.

Dated: May 25, 2018

| ALBRIGHT, STODDARD, WARNICK & ALBRIGHT | BALLARD SPAHR LLP |
|---|---|
| By:/s/ G. Mark Albright<br>   G. Mark Albright, Esq.<br>   Nevada Bar No. 1394<br>   D. Chris Albright, Esq.<br>   Nevada Bar No. 4904<br>   801 South Rancho Drive, Suite D-4<br>   Las Vegas, Nevada 89106<br><br>   E. Powell Miller, Esq.<br>   (admitted pro hac vice)<br>   Christopher D. Kaye, Esq.<br>   (admitted pro hac vice)<br>   Richard L. Merpi II, Esq.<br>   (admitted pro hac vice)<br>   THE MILLER LAW FIRM, P.C.<br>   950 W. University Dr., Ste. 300<br>   Rochester, Michigan 48307<br><br>*Attorneys for Plaintiffs N5HYG, LLC and Nevada 5, Inc.* | By:/s/ Kyle A. Ewing<br>   Joel E. Tasca, Esq.<br>   Nevada Bar No. 14124<br>   Maria A. Gall, Esq.<br>   Nevada Bar No. 14200<br>   Kyle A. Ewing, Esq.<br>   Nevada Bar No. 14051<br>   1980 Festival Plaza Drive, Suite 900<br>   Las Vegas, Nevada 89135<br><br>*Attorneys for Defendants Hygea Holdings Corp., Manuel Iglesias, Edward Moffly, Daniel T. McGowan, Frank Kelly, Martha Mairena Castillo, Lacy Loar, Glenn Marichi, Keith Collins, Jack Mann, Joseph Campanella, and Carl Rosenkrantz* |

---

[1] Defendant Ray Gonzalez, by and through his separate counsel, anticipates filing a separate Response from the other Defendants.

| | |
|---|---|
| HOLLAND & HART LLP | RICHARD L. WILLIAMS |
| By:/s/ Patrick J. Reilly<br>Patrick J. Reilly, Esq.<br>Nevada Bar No. 6103<br>Sydney R. Gambee, Esq.<br>Nevada Bar No. 14201<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, Nevada 89134 | By:/s/ Richard L. Williams, Esq.<br>Richard L. Williams, Esq.<br>8110 SW 78th Street<br>Miami, FL 33143<br>(786) 405-3312<br>rlwilliams.law@gmail.com<br><br>*Appearing Pro Se* |

Jeffrey T. Kucera, Esq.
(admitted pro hac vice)
K&L GATES LLP
200 South Biscayne Boulevard
Miami, Florida 33131

Stavroula E. Lambrakopoulos, Esq.
(admitted pro hac vice)
Theodore L. Kornobis, Esq.
(admitted pro hac vice)
K&L GATES LLP
1601 K Street, N.W.
Washington, D.C. 20006-1600

*Attorneys for Defendant Ray Gonzalez*

## ORDER

**IT IS SO ORDERED.** The deadline for Defendants' Responses to Plaintiffs' Motion for Leave to File Supplemental Authority shall be extended from May 29, 2018, to June 1, 2018.

_____
U.S. DISTRICT JUDGE

Dated: June 1, 2018